BLOCK, Respondent, v. FRIDENBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Clara Block against Helen V. Fridenberg and another. M. Paskus, for appellants. E. J. Nathan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BLOODGOOD et al. v. LEWIS et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by William E. Bloodgood and others, as surviving executors, etc., against Thomas Lewis and others, impleaded with the Kings County Trust Company, as executor, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 621.

BLUEMNER v. GARVIN. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Oscar Bluemner against Michael J. Garvin. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 App. Div. 927, 128 N. Y. Supp. 1113.

BLUEMNER, Appellant, v. GARVIN, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Oscar Bluemner against Michael J. Garvin. J. Landy, for appellant. J. P. Everett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the appointment of three commissioners to determine and report whether a rapid transit railway or railways, etc., ought to be constructed and operated; Brooklyn and Manhattan loop lines, Brooklyn sections. No opinion. Motion granted, so far as it seeks an extension of two years from the present time. Settle order before the Presiding Justice. See, also, 117 App. Div. 921, 105 N. Y. Supp. 1139; 130 App. Div. 884, 114 N. Y. Supp. 1120.

In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the appointment of three commissioners, etc.; Brooklyn and Manhattan loop lines, Brooklyn sections. No opinion. Motion denied, with $10 costs. See, also, 129 App. Div. 927, 113 N. Y. Supp. 1126.

BOHNHOFF, Respondent, v. FISCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17,

1911.) Action by August Bohnhoff against Henry C. Fischer and another. No opinion. Motion to compel acceptance of notice of argument granted, without costs. See, also, 130 N. Y. Supp. 1105.

BOHNHOFF, Respondent, v. FISCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by August Bohnhoff against Henry C. Fischer and another. No opinion. Motion denied, without costs. See, also, 130 N. Y. Supp. 1105.

BONART, Appellant, v. THORN, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Abraham H. Bonart against Max Thorn. A. Beekman, for appellant. H. L. Scheuerman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOULANGER et al., Respondents, v. TOWN & COUNTRY ESTATES, Inc., Appellant, et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Frank D. Boulanger and others, on behalf of themselves, etc., against the Town & Country Estates, Incorporated, and impleaded with others. G. M. Congdon, for appellant. E. J. Glennon, for respondents.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
LAUGHLIN, J., dissents.

BOVI, Appellant, v. HESS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Joseph Bovi against Max Hess and others. M. T. Manton, for appellant. E. C. Sherwood, for respondents.
PER CURIAM. Judgment affirmed, with costs, on prevailing opinion in Bovi v. Hess, 123 App. Div. 389, 107 N. Y. Supp. 1001. Order filed. See, also, 128 N. Y. Supp. 1114.
DOWLING, J., dissents.

In re BOYLE et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) In the matter of the judicial settlement of the account of Phœbe A. D. Boyle and another, executors, etc. No opinion. Motion denied, without costs. See, also, 136 App. Div. 367, 120 N. Y. Supp. 1048.

In re BOYLE et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the judicial settlement of the account of Phœbe A. D. Boyle and another, executors, etc., of John Boyle, deceased. No opinion. Motion granted, without costs. See, also, supra.

In re BRADSHAW. (Supreme Court, Appellate Division, Second Department. Novem-